IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.D., <br>     Plaintiffs, <br>    v. <br> WILLIAM VANDERWEKEN, ET AL., <br>     Defendants. | Case No. 3:24-cv-06867 (CRB) <br><br> **JUDGMENT** |

Having granted Defendant Lake County's motion to dismiss without leave to amend, see Order on MTD, as well as the County's motion for entry of judgment, see Order re Entry of Judgment, the Court hereby enters judgment for the County and against Plaintiff A.D.

**IT IS SO ORDERED.**

Dated: September 11, 2025

_____
CHARLES R. BREYER
United States District Judge