IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.D.,<br><br>        Plaintiffs,<br><br>  v.<br><br>WILLIAM VANDERWEKEN, ET AL.,<br><br>        Defendants. | Case No. 3:24-cv-06867 (CRB)<br><br>**ORDER TO SHOW CAUSE** |

There are three defendants in this case: the County of Lake, Wiliam VanDerWeken, and Elizabeth Yepiz. See Compl. (dkt. 1). On September 11, 2025, the Court entered a judgment in favor of the County of Lake and against Plaintiff A.D. See Judgment (dkt. 51). The County of Lake is therefore no longer in the case. The Court observes that, although a summons was purportedly issued to VanDerWeken and Yepiz on January 10, 2025, see Summons (dkt. 19), no further activity has occurred in this case as to those two defendants. Accordingly, the Court ORDERS Plaintiff to show cause, by September 24, 2025, why this case should not be terminated as to the two remaining defendants. Failure to respond in a timely manner could result in dismissal with prejudice.

**IT IS SO ORDERED.**

Dated: September 16, 2025

CHARLES R. BREYER
United States District Judge